■ RICHARD VITAGLIANO, an Infant, by His Guardian ad Litem, THOMAS VITAGLIANO, et al., Respondents, v. BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant.— In an action to recover damages for personal injuries, defendant appeals from a judgment of the Supreme Court, Kings County, entered January 14, 1960, in favor of plaintiffs, after a jury trial. The infant plaintiff, while in his classroom awaiting dismissal for the day, was hit in his right eye by a blackboard eraser thrown by a classmate, causing said plaintiff to lose his sight in said eye. Judgment reversed and a new trial granted, with costs to abide the event. In our opinion the verdict is against the weight of the evidence. Beldock, Ughetta and Christ, JJ., concur; Nolan, P. J., and Kleinfeld, J., dissent and vote to affirm.

# (December 20, 1960)

■ (A) In the Matter of the Arbitration between JUNE FORTE, an Infant, by Her Guardian ad Litem, OLGA FORTE, et al., Respondents, and COSMOPOLITAN MUTUAL INSURANCE COMPANY, Appellant. (B) In the Matter of the Arbitration between TRAVELERS INDEMNITY COMPANY, Appellant, and THOMAS SHERWOOD, JR., et al., Respondents.— Motion by appellant for a stay of arbitration proceeding, pending appeal, granted, on condition that appellant perfect the appeal and be ready to argue or submit it at the February Term, beginning January 30, 1961. The appeal is ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before January 16, 1961. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ In the Matter of NORTHVILLE DOCK CORPORATION, Respondent, v. JAMES L. KENNEDY et al., Individually and Doing Business as HOWKEN UTILITIES, Judgment Debtors; HOWKEN UTILITIES, INCORPORATED, Appellant.— Motion by appellant for a stay of its examination under a subpœna, pending appeal from an order denying its motion to vacate the subpœna, denied. Beldock, Acting P. J., Kleinfeld, Christ and Pette, JJ., concur; Ughetta, J., not voting.

■ MILDRED KAPLAN, Respondent, v. MORRIS KAPLAN, Appellant.— Motion by appellant-husband for a stay of his examination before trial, pending his appeal from the order directing such examination, granted, on condition that appellant perfect the appeal and be ready to argue or submit it, at the February Term, commencing January 30, 1961; the appeal is ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before January 16, 1961. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ CLAIRE B. RICKE et al., Respondents, v. WESTCHESTER SURFACE WAYS, INC., et al., Appellants.— Motion by appellants for a stay of assessment of damages, pending appeal, granted, on condition that appellants perfect the appeal and be ready to argue or submit it at the Ferbuary Term, beginning January 30, 1961. The appeal is ordered on the calendar for said term. The record and appellants' brief must be served and filed on or before January 16, 1961. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.